Anthony Hughes - SBN 250998
ANTHONY HUGHES LC
1395 Garden Highway Ste 150
Sacramento, CA 95833
Ph: 916-485-1111

Attorney for Antonio Hernandez and Maria Luisa Hernandez

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re: | Case No: 2012-26989 |
| ANTONIO HERNANDEZ | |
| MARIA LUISA HERNANDEZ | DCN: CAH-004 |

### EX PARTE MOTION TO DISMISS CASE

Anthony Hughes, attorney for and on behalf of the Debtors herein, hereby moves this Court for an Order Dismissing Case. This ex parte motion is based on the following facts:

1. This case was commenced by the filing of a voluntary petition on April 10, 2012 and Jan P Johnson has been duly appointed to serve as Trustee.

2. The Debtors have not previously converted this case from Chapter 7 (under §706), Chapter 11 (under §1112) or Chapter 12 (under §1208).

3. The financial and/or legal situation of the Debtors has unexpectedly changed and the Debtors now desire to dismiss this case.

4. The Debtors have the right to dismiss this case under the provisions of 11 US Codes §1307(b) [1].

---

[1] §1307(b) On request of the debtor at any time, if the case has not been converted under section 706, 1112, or 1208 of this title, the court shall dismiss a case under this chapter. Any waiver of the right to dismiss under this subsection is unenforceable.

Wherefore the Debtors now move the Court to Order the Dismissal of this case.

Respectfully submitted on December 27, 2012.

Antonio Hernandez          Maria Hernandez

/s/ Anthony Hughes
Anthony Hughes
Anthony Hughes LC
1395 Garden Highway Ste 150
Sacramento, CA 95833