Anthony Hughes - SBN 250998
ANTHONY HUGHES LC
1395 Garden Highway Ste 150
Sacramento, CA 95833
Ph: 916-485-1111

# UNITED STATES BANKRUPTCY COURT

# EASTERN DISTRICT OF CALIFORNIA

| In Re: | Case No: 2012-26989 |
|---|---|
| Antonio Hernandez | DCN: CAH-004 |
| Maria Luisa Hernandez | |

## ORDER DISMISSING CASE

The Court finds that Anthony Hughes, attorney for the Debtors herein, has heretofore filed an Ex Parte Motion to Dismiss Case. Having reviewed the application, Good Cause appearing;

**IT IS ORDERED** that the case be dismissed.

Dated: January 17, 2013

/s/ Thomas C. Holman
Thomas C. Holman
United States Bankruptcy Judge

RECEIVED
December 28, 2012
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0004597114

1